LEO WEST
152 WAYNE
Washington DC Maryland

VS.

$TEVEN MNuchin
1500 Pennsylvania AVE. NW
Washington, DC. 20220

Case: 1:17-cv-01129
Assigned To : Unassigned
Assign. Date : 6/8/2017
Description: Pro Se Gen. Civ. (F-DECK)

COMPLAINT

18 U.S. Code § 1001 - STATEMENTS or ENTRIES generally

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully

RECEIVED
JUN - 8 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or document submitted by such party or counsel to a judge or magistrate in that proceeding.

(c) With respect to any any matter within the jurisdiction of the legistative branch, subsection (a) shall apply only to—

(1) administrative matters, including a claim for payment, a matter related to the procurement of property of servise, personnel or eployment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

(1) Falsifies, conceals, or covers up by and trick, scheme, or device a material fact;

(2) Makes any materially false, fictitious or fraudulent statement or representation; or

(3) Makes or uses any false writing or document, knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

(2) any investigation or review, conducted pursuant to the authority of any committee, commission or office of the Congress ~~any~~ consistent with applicable rules of the House or Senate.

I am asking for a Trial by Jury,
I am asking for 100.000

Leo West
152 Wayne PL
SE 20032
Washington, DC
20032



(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 18 (/uscode/text/18) › Part I (/uscode/text/18/part-I) › Chapter 47 (/uscode/text/18/part-I/chapter-47) › § 1001

# 18 U.S. Code § 1001 - Statements or entries generally

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

US Code (/uscode/text/18/1001?qt-us_code_temp_noupdates=0#qt-us_code_temp_noupdates)
Notes (/uscode/text/18/1001?qt-us_code_temp_noupdates=1#qt-us_code_temp_noupdates)
Authorities (CFR) (/uscode/text/18/1001?qt-us_code_temp_noupdates=3#qt-us_code_temp_noupdates)

prev (/uscode/text/18/987) | next (/uscode/text/18/1002)

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.



T-Rex - Jumbo...    Lion Giant Stuff...

## U.S. Code Toolbox

Wex: Criminal Law: Overview (/wex/criminal_law)
Download the PDF (3 pgs) (https://www.law.cornell.edu/uscode/pdf/usc
Title 18 USC RSS Feed (https://www.law.cornell.edu/uscode/rss/usc
Table of Popular Names (/topn)
Parallel Table of Authorities (/ptoa)

1.6K    4
331

Enter Name & State
This site exposes the truth on anyone.
persopo.com    >

## Find a Lawyer

Case 1:17-cv-01129-UNA Document 1 Filed 06/08/17 Page 6 of 6.

(c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

(1) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

(June 25, 1948, ch. 645, 62 Stat. 749 (http://uscode.house.gov/statviewer.htm?volume=62&page=749); Pub. L. 103–322, title XXXIII (http://thomas.loc.gov/cgi-bin/bdquery/L?d103:./list/bd/d103pl.lst:322(Public_Laws)), § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147 (http://uscode.house.gov/statviewer.htm?volume=108&page=2147); Pub. L. 104–292 (http://www.gpo.gov/fdsys/pkg/PLAW-104publ292/html/PLAW-104publ292.htm), § 2, Oct. 11, 1996, 110 Stat. 3459 (http://uscode.house.gov/statviewer.htm?volume=110&page=3459); Pub. L. 108–458, title VI (http://www.gpo.gov/fdsys/pkg/PLAW-108publ458/html/PLAW-108publ458.htm), § 6703(a), Dec. 17, 2004, 118 Stat. 3766 (http://uscode.house.gov/statviewer.htm?volume=118&page=3766); Pub. L. 109–248, title I (http://www.gpo.gov/fdsys/pkg/PLAW-109publ248/html/PLAW-109publ248.htm), § 141(c), July 27, 2006, 120 Stat. 603 (http://uscode.house.gov/statviewer.htm?volume=120&page=603).)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*


THE ULTIMATE BEACH VACATION
IT'S HEAVEN BUT WITH LESS CLOUDS
BOOK NOW
Carnival

About LII (/lii/about/about_lii)

Contact us (/lii/about/contact_us)

Advertise here (/lii/help_out/sponsor)

Help (/lii/help)

Terms of use (/lii/terms/documentation)

Privacy (/lii/terms/privacy_policy)

[LII] (/)