UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 19 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LEO WEST,                                :
                                         :
            Plaintiff,                   :
                                         :
v.                                       :    Civil Action No. 17-1129 (UNA)
                                         :
STEVEN MNUCHIN,                          :
                                         :
            Defendant.                   :

## MEMORANDUM OPINION

The Court construes plaintiff's complaint as one alleging that the Secretary of the Treasury has violated 18 U.S.C. § 1001 by making false statements. Plaintiff relies on a criminal statute which does not provide for a private right of action. *See Lee v. U.S. Agency for Int'l Devel.*, __ F.3d __, __, 2017 WL 2602832, at *3 (D.C. Cir. June 16, 2017) (per curiam) (affirming "dismissal of . . . claim under 18 U.S.C. § 1001 because the statute does not create a private cause of action"); *Banks v. Kramer*, No. 09-5140, 2009 WL 5526780, at *1 (D.C. Cir. Dec. 30, 2009) (per curiam) (affirming dismissal of complaint "alleg[ing] violations of 18 U.S.C. §§ 1001, 1503, 1505, 1621, and 241 [because] there is no private right of action under these criminal statutes"). Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint and this civil action. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 7/19/2017

_____
United States District Judge